EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>Edna Rodríguez Valentín | 2002 TSPR 71<br><br>156 DPR _____ |

Número del Caso: TS-8440


Fecha: 24/mayo/2002


Colegio de Abogados de Puerto Rico:
                      Lcda. Sheila I. Vélez Martínez
                      Directora Ejecutiva


Abogada de la Parte Querellada:
                      Por Derecho Propio


Materia: Solicitud de Reinstalación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EL TRIBUNAL SUPREMO DE PUERTO RICO

**In re:**

Edna Rodríguez Valentín                    TS-8440

RESOLUCION

San Juan, Puerto Rico, a 24 de mayo de 2002.

Vista la *Moción de Desistimiento* presentada por el Colegio de Abogados de Puerto Rico el 15 de abril de 2002, y la *Moción* presentada por la querellada, Edna Rodríguez Valentín, el 19 de abril de 2002, acogida esta última como una *Moción de Reinstalación,* se ordena su reinstalación al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Naveira de Rodón y el Juez Asociado señor Fuster Berlingeri no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo